NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARGAN PRECISION CO., LTD.,**
*Appellant*

**v.**

**MOTOROLA MOBILITY LLC,**
*Appellee*

---

2024-1540

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01156.

---

**JUDGMENT**

---

KEVIN RUSSELL, Russell & Woofter LLC, Washington, DC, argued for appellant.

SARAH ELISABETH JELSEMA, Klarquist Sparkman, LLP, Portland, OR, argued for appellee.  Also represented by ANDREW M. MASON, FRANK MORTON-PARK, JOHN D. VANDENBERG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, HUGHES, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 4, 2025
Date

Jarrett B. Perlow
Clerk of Court